UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>   Plaintiff(s),                               )<br>                                                          )<br>vs.                                                   )<br>                                                          )<br>                                                          )<br>                                                          )<br>TARL BRANDON,                         )<br>                                                          )<br>   Defendant(s).                          )<br>_____) | 2:09-cr-494-KJD-VCF<br>2:10-cr-209-KJD-VCF<br>2:10-cr-407-KJD-RJJ |

This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury shall be paid by the Clerk of Court for June 12, 2011.

DATED this  3rd   day of July, 2012.

_____
KENT J. DAWSON
U. S. DISTRICT JUDGE