# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TARL BRANDON,

    Defendant.

Case No. 2:09-CR-00494-KJD-VCF
           2:10-CR-00209-KJD-VCF
           2:10-CR-00407-KJD-VCF

**ORDER**

    Presently before the Court is Defendant's Notice of Withdrawal of Defendant Tarl Brandon's Second Motion for New Trial and Related Requests (#180). The Government filed a response in opposition (#169) to which Defendant replied (#172). Hearing on the Notice of Withdrawal was held on December 18, 2012 (#177).

    Having read and considered the motions and arguments of counsel, the Court grants Defendant's Notice of Withdrawal and terminates the order (#180) granting the Government's motion to deem the attorney-client privilege waived. Furthermore, Defendant Tarl Brandon's Second Motion for a New Trial (#165) is **DENIED as moot.**

**IT IS SO ORDERED.**

    DATED this 10th day of May 2013.

_____
Kent J. Dawson
United States District Judge